**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-00692-001-PHX-SPL |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| Jesus Manuel Vega-Ozuna, | |
| Defendant. | |

A hearing was held before this Court on Government's Motion to Review Release Order (Doc. 19).  Based on the evidence presented in court and the arguments of counsel, the Court will order defendant detained pending trial.

**THE COURT FINDS** that the defendant has a lack of status in the United States, has significant and former times to Mexico, has had a history of prior failures to appear, has a pending court matter and what appears to be an active warrant, and has a history of illicit substance use.

**THE COURT FURTHER FINDS** that there are no conditions of release that can reasonably assure the defendant's appearance at future court hearings or protect the community.

**IT IS THEREFORE ORDERED** that the lower court Judge's order setting conditions of release (Doc. 12) is overruled, and defendant is ordered detained pending

///

///

trial as a flight risk and danger.

Dated this 30th day of June, 2026.

Honorable Steven P. Logan
United States District Judge